IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

MONIQUE WILKERSON,

    Plaintiff-Appellee,

vs.

THEDIOUS SEYMOUR

    Defendant-Appellant.

CIVIL ACTION FILE NO.
16-10053-C

## APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Pursuant to Fed. R. App. P. 26(b) and 11th Cir. R. 26.1 and 31-2, Appellant, by and through undersigned counsel, respectfully moves this Court to grant his second motion extending the time in which to file Appellant's brief through and including March 23, 2016, which is an extension of five (5) days.

This appeal was filed on December 31, 2015 following the United States District Court's order on Plaintiff's Motion for Attorney's Fees on December 4, 2015. Appellant presents this motion because the parties are working diligently to resolve this matter so the appeal can be dismissed; however, additional time is needed to work towards a final resolution.

This motion is not opposed by Appellee.

1

For the foregoing reasons, Appellant respectfully requests that this Court enter an order extending the due date for filing Appellant's Brief through and including March 23, 2016.

Respectfully submitted this 16th day of March, 2016.

                LAURA K. JOHNSON
                DEPUTY COUNTY ATTORNEY
                Georgia Bar No. 392090

                */s/ Terri N. Gordon*
                TERRI N. GORDON
                SENIOR ASSISTANT COUNTY ATTORNEY
                Georgia Bar. No. 302490

                Attorney for Defendant/Appellant
                Thedious Seymour

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

MONIQUE WILKERSON,

   Plaintiff-Appellee,

vs.

THEDIOUS SEYMOUR

   Defendant-Appellant.

CIVIL ACTION FILE NO.
16-10053-C

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In compliance with 11th Cir. R. 26.1-1, below are listed the trial judges and all attorneys, persons, associations of persons, firms, partnerships or corporations that Appellants are aware of that have an interest in the outcome of this case or appeal.

1. Amideo, William (Attorney for Plaintiff Wilkerson)

2. Brantley, O.V. (Attorney for Defendant Seymour; DeKalb County Law Department)

3. DeKalb County, Georgia

4. Gordon, Terri N. (Attorney for Defendant Seymour; DeKalb County Law Department)

C1 of C2

5. Johnson, Laura K. (Attorney for Defendant Seymour; DeKalb County Law Department)

6. Jones, John C. (Attorney for Plaintiff Wilkerson)

7. Seymour, Thedious (Defendant/Appellant)

8. Thrash, Thomas W., United States District Court Judge

9. Wilkerson, Monique (Plaintiff/Appellee)

This 16th day of March, 2016.

*s/ Terri N. Gordon*
Terri N. Gordon
Senior Assistant County Attorney
Georgia Bar No. 302490

Attorney for Defendant/Appellant
Thedious Seymour

DEKALB COUNTY LAW DEPARTMENT
1300 Commerce Drive, 5th Floor
Decatur, Georgia 30030
(404) 371-3011-Telephone
(404) 371-3024-Fax

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

**MONIQUE WILKERSON,**

   Plaintiff-Appellee,

vs.

**THEDIOUS SEYMOUR,**

   Defendant-Appellant.

**CIVIL ACTION FILE NO.
16-10053-C**

## CERTIFICATE OF SERVICE

This is to certify that on **March 16, 2016**, I electronically filed the foregoing **Appellant's Second Motion for Extension of Time to File Appellant's Brief** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing the following attorneys of record:

        John C. Jones & William F. Amideo
        248 Roswell Street
        Marietta, GA 30060

This is to further certify that the foregoing document was prepared using 14 pt Times New Roman font.

This 16th day of March, 2016.

                                        */s Terri N. Gordon*
                                        TERRI N. GORDON
                                        Senior Assistant County Attorney
                                        Georgia Bar No. 302490

DEKALB COUNTY LAW DEPARTMENT
1300 Commerce Drive, 5th Floor
Decatur, Georgia 30030
(404) 371-3011-Telephone
(404) 371-3024-Fax

2

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

16-10053-C

---

**THEDIOUS SEYMOUR,**

Defendant/Appellant,

v.

**MONIQUE WILKERSON,**

Plaintiff/Appellee.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

---

ORDER:

Appellant's second motion for an extension of time to file the following documents is GRANTED.

Appellant's brief is due March 23, 2016, with the Appellant's appendix due no later than seven days from the filing of Appellant's brief.

UNITED STATES CIRCUIT JUDGE

3