IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-10053-CC

_____

MONIQUE WILKERSON,

Plaintiff - Appellee,

versus

THEDIOUS SEYMOUR,
Dekalb County Police Officer,

Defendant – Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

Before:  ROSENBAUM and JILL PRYOR, Circuit Judges.

BY THE COURT:

Appellant's voluntary motion to dismiss the appeal with prejudice, with the parties to

bear their own costs and attorneys' fees in connection with the appeal, is GRANTED.